```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOHN PAPPAS et al.,                                                :
                                                                   :
                              Plaintiffs,                          :
                                                                   :       23-cv-6010 (LJL)
              -v-                                                  :
                                                                   :       ORDER
CITY OF NEW YORK,                                                  :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2024

LEWIS J. LIMAN, United States District Judge:

Defendant has requested that the Court stay its time to respond to the pending motion for conditional certification pending a decision on the motion to dismiss. Dkt. No. 46. There is merit to that request from a judicial efficiency standpoint. On the other hand, the statute of limitations clock will continue to run for members of the potential collective who have not filed an opt-in notice. Accordingly, the City shall inform the Court by no later than February 28, 2024, whether it will agree that the running of the statute of limitations is tolled for potential members of the FLSA collective from the time of the filing of the motion for conditional certification at least until the time such motion is decided.

SO ORDERED.

Dated: February 23, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge