```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOHN PAPPAS et al.,                                                :
                                                                   :
                              Plaintiffs,                          :
                                                                   :      23-cv-6010 (LJL)
              -v-                                                  :
                                                                   :         ORDER
CITY OF NEW YORK,                                                  :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The motion for conditional certification is denied without prejudice on the consent of Plaintiff.  Dkt. No. 96.

The Clerk of Court is respectfully directed to close Dkt. No. 36.

SO ORDERED.

Dated: August 20, 2024
       New York, New York

                                        _____
                                                LEWIS J. LIMAN
                                        United States District Judge