```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOHN PAPPAS et al., :
:
Plaintiffs, :
:  23-cv-6010 (LJL)
-v- :
:  ORDER
CITY OF NEW YORK, :
:
Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The post-discovery status conference currently scheduled for September 4, 2024 is adjourned sine die. Discovery in this case has been stayed. Dkt. No. 58. The parties are directed to request a status conference and submit a revised case management plan within fourteen days of any decision on the pending motion to dismiss that would permit the case to go forward in this Court. *See id.*

SO ORDERED.

Dated: August 30, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge