UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, ET AL,

                Plaintiffs,

    -v-

CITY OF NEW YORK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2025

**ORDER**

23-CV-6010 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held an initial pre-settlement conference. As discussed during the conference, Defendant City of New York is directed to produce the documents it has already collected in furtherance of settlement by **June 13, 2025**, and to make an additional production of documents by **June 27, 2025**.

A conference is scheduled on **July 10, 2025,** at **11:00 a.m.** by telephone to further discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 141 137 586#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 10, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge