> Plaintiffs apparently seek relief from Defendant's failure to timely serve document demands on Plaintiffs.  But Defendant is not required to serve document demands on Plaintiffs.  The consequence of failure to meet a Court-ordered deadline for the issuance of a discovery request is that a party may not later serve that discovery request without good cause.  Fed. R. Civ. P. 16(b)(4).  The motion at Dkt. No. 119 is accordingly denied as premature.
>
> July 1, 2025
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

June 17, 2025

**<u>Via ECF</u>**
Honorable Lewis J. Liman
United States District Court Southern District of New York

        Re:    1:23-cv-06010 (LJL)
                  *Pappas et al. v. The City of New York*

Dear Judge Liman:

      This office, along with David Aboulafia, represents Plaintiffs.  Plaintiffs request discovery relief stemming from the failure of the City to provide discovery demands (dkt 115).  The demands were due on May 28, 2025. The parties did not meet and confer. However, as the annexed documents reflects, my firm has made repeated efforts to resolve this issue without having to trouble the Court.

      As noted earlier, no later than May 28, 2025 the City's discovery demands were required to be issued.  The City, though, did not provide these demands nor did they seek an extension from the Court.  On June 3, 2025 I contacted the City.  The City did not respond. On June 6, 2025 I sent a subsequent e-mail. This time the City did respond. However, the City did not provide a firm date when they would provide discovery demands. The City said they were available to meet and confer on Friday June 13, 2025. However, when I told the City I was available, they then sought to push off the meet and confer to next week. I then informed the City that if they could provide a firm date as to when they would provide demands, a meet and confer would not be necessary.  The City said that on June 16, 2025 they would provide a firm date when they would issue the demands.  The City, though, did not do so.  At this point, I think I have made sufficient efforts to obtain the City to meet their Court ordered responsibilities.

      I find it concerning that the City did not seek an extension from the Court but made a unilateral decision to give themselves an undefined amount of time to serve the demands.

      The failure of the City to meet their responsibilities will delay discovery from being completed.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer

**Via ECF**
*All attorneys on record*