```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/10/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, ET AL,

               Plaintiffs,

    -v-

CITY OF NEW YORK,

              Defendant.

**ORDER**

23-CV-6010 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a pre-settlement conference on July 10, 2025.  A further conference is scheduled on **August 6, 2025,** at **9:30 a.m.** by telephone to discuss the status of settlement efforts.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 454 978 337#).

**SO ORDERED.**

Dated: July 10, 2025
      New York, New York

                                                        Henry J. Ricardo
                                                        United States Magistrate Judge