```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, ET AL,

             Plaintiffs,

-v-

CITY OF NEW YORK,

             Defendant.

**ORDER**

23-CV-6010 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a pre-settlement conference on August 6, 2025. The Court understands from the parties that they need time to exchange discovery before a settlement conference would be productive. Plaintiffs indicated that they may file a motion to compel discovery if further conferral between the parties is not successful.

A conference is scheduled on **September 4, 2025,** at **10:00 a.m.** by telephone to discuss the status of the parties' continued settlement efforts. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 412 797 984#).

**SO ORDERED.**

Dated: August 6, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge