```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, ET AL,

            Plaintiffs,

-v-

CITY OF NEW YORK,

            Defendant.

**ORDER**

23-CV-6010 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a pre-settlement conference on September 4, 2025. The Court understands from the parties that they need time to discuss a potential amendment of the pleadings.

A conference is scheduled on **October 2, 2025, at 10:00 a.m.** by telephone to discuss the status of the parties' continued settlement efforts. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 792 901 171#).

**SO ORDERED.**

Dated: September 4, 2025
      New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge