UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025
```

JOHN PAPPAS, ET AL,

               Plaintiffs,

-v-

CITY OF NEW YORK,

               Defendant.

**ORDER**

23-CV-6010 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court received the City's letter regarding its anticipated timing for responding to Plaintiffs' settlement demands. ECF No. 134. In light of the anticipated timing, the scheduled settlement conference is no longer feasible. Accordingly, the settlement conference scheduled on January 22, 2026 is adjourned *sine die*. The parties are directed to meet and confer about potential settlement conference dates in late February or March 2026. By **November 5, 2025**, the parties are directed to file a joint letter providing dates in that time period when the parties can be available for a settlement conference.

**SO ORDERED.**

Dated: October 22, 2025
      New York, New York

                                                      Henry J. Ricardo
                                                      United States Magistrate Judge