UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, ET AL,

                Plaintiffs,

        -v-

CITY OF NEW YORK,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2026
```

**ORDER**

23-CV-6010 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's November 10, 2025 Order, ECF No. 137, the parties were due to provide *ex parte* settlement letters and acknowledgment forms by February 23, 2026. By Order dated February 24, 2026, ECF No. 139, the Court granted an extension of this deadline to February 25, 2026. As of now, the Court has not received the City's settlement conference materials. Nor has the undersigned received any request to adjourn the settlement conference scheduled on March 9, 2026.

Accordingly, the settlement conference will go forward in person as scheduled. The City is directed to bring a representative of the City's Controller office to the March 9 settlement conference. Additionally, the City is directed to submit its *ex parte* settlement letter and acknowledgement form to RicardoNYSDChambers@nysd.uscourts.gov by **12:00 p.m.** on **March 6, 2026**.

1

**SO ORDERED.**

Dated: March 3, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2