UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, ET AL,

                        Plaintiffs,

            -v-

CITY OF NEW YORK,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2026

**ORDER**

23-CV-6010 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned is in receipt of the City's March 3, 2026 letter motion requesting an adjournment of the March 9, 2026 settlement conference.  ECF No. 141.  The undersigned is also in receipt of Plaintiffs' opposition to this request.  ECF No. 142.  For the reasons described below, the City's request is **DENIED**.

The instant settlement process began on May 8, 2025, when the undersigned held an initial settlement conference to discuss procedures, scheduling a full settlement conference, and what the parties would need to negotiate effectively. ECF No. 117.  The undersigned held subsequent conferences to discuss the parties' settlement efforts on June 10, 2025, ECF No. 118, July 10, 2025, ECF No. 121, August 6, 2025, ECF No. 122, and October 2, 2025, ECF No. 131.  After this fifth conference, the undersigned scheduled an in-person settlement conference on January 22, 2026, and directed the City to file a letter by October 16, 2025, regarding the time it would need to respond to Plaintiffs' demands.  ECF No. 131. On October 20, 2025, the Court *sua sponte* extended the City's time to file such

1

letter because the City failed to do so by the October 16 deadline.  ECF No. 133.  In the City's October 21, 2025 letter, it described the time and process it would need to respond to Plaintiffs' demands.  ECF No. 134.  Based on the timeline described in that letter, by Order dated November 10, 2025, the undersigned adjourned the settlement conference to March 9, 2026, based on the parties' jointly submitted availability.  ECF Nos. 136–37.  Despite over nearly ten months of notice regarding the undersigned's settlement procedures and nearly three months of notice regarding the deadline to submit settlement materials, the City failed to submit its settlement materials by the original February 23, 2026 deadline or the extended February 25, 2026 deadline.  ECF Nos. 139–40.  As described above, the City has had ample notice of the March 9, 2026 settlement conference.

Accordingly, the settlement conference will go forward in person as scheduled.  As stated in the undersigned's March 3, 2026 Order, ECF No. 140, the City is directed to bring a representative of the City's Controller office to the March 9 settlement conference.  Additionally, the City is directed to submit its *ex parte* settlement letter and acknowledgement form by email to Chambers no later than **12:00 p.m.** on **March 6, 2026**.  Any failure to participate in the settlement conference in good faith will be documented on the record.

**SO ORDERED.**

Dated: March 4, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

2