

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

*The parties are to file a proposed revised case management plan no later than March 16, 2026.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 144.*

March 9, 2026

SO ORDERED.

*March 10, 2026*

LEWIS J. LIMAN
United States District Judge

**Via ECF**
Honorable Lewis L. Liman
United States District Court Southern  District of New York

Re:  *Pappas et al. v. The City of New York*
      23-cv-06010 (LJL)

Dear Judge Liman:

        This office represents Plaintiffs.  Plaintiffs request that the Court order the parties to provide the Court with a proposed discovery plan no later than 5pm Thursday March 12, 2026.


                                        Respectfully submitted,

                                         */s/ Jacob Aronauer*
                                         Jacob Aronauer
                                         *Attorney for Plaintiffs*


**Via ECF**
*All attorneys on record*