UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JOHN PAPPAS, et al.,

               Plaintiffs,

    -v-

CITY OF NEW YORK,

               Defendant.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/1/2026___

23-cv-6010 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on May 1, 2026.

By no later than May 8, 2026, Plaintiffs shall indicate whether they are withdrawing their motion for partial summary judgment without prejudice. Defendant shall respond to the motion for partial summary judgment, if not withdrawn, on or before May 22, 2026.

Defendant shall respond to Plaintiffs' March 30, 2026 discovery requests and update its initial disclosures by no later than May 15, 2026.

The Clerk of Court is respectfully directed to close Dkt. Nos. 165 and 166.

SO ORDERED.

Dated: May 1, 2026
     New York, New York
                           LEWIS J. LIMAN
                    United States District Judge