USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK,

Defendant.

23-cv-6010 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiffs move for an order compelling Defendant to produce the following documents in response to Plaintiff's document request #11: "all decisions by the City of New York to provide Handler Pay regardless of title because the employees' primary duty is the performance of law enforcement work in the field." Dkt. Nos. 189, 190. The motion is granted in pert and denied in part.

Defendant shall conduct a reasonable search for and produce all decisions by the City of New York to provide Handler Pay to employees and officers of the NYPD regardless of title because the employees' primary duty is the performance of law enforcement work in the field. Plaintiffs have not shown how the decision by the City of New York to pay employees of other departments would be relevant to the classification of the plaintiffs in this case as exempt or non-exempt and make no other argument for relevance. Accordingly, the request is disproportionate to the needs of the case. *See* Dkt. No. 183. Plaintiffs further request that Defendant should provide an ESI search using the word "Mullins," Dkt. No. 190 at 2, and Defendant argues that such search would be burdensome, Dkt. No. 192 at 2. The parties are directed to meet and confer on search terms.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 189 and 190.

SO ORDERED.

Dated: July 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge