USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK,

Defendant.

23-cv-6010 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on August 26, 2026.

Plaintiffs shall serve an updated damages chart on Defendant by September 9, 2026. Defendant shall file any motion to serve an expert report out of time by October 9, 2026. Defendant shall attach the proposed expert report as an exhibit to its motion. Plaintiffs' opposition to the motion shall be filed by October 23, 2026. Defendant shall reply by October 30, 2026.

Defendant shall produce updated pay records to Plaintiffs by October 19, 2026.

The Court will hold a final pretrial conference on November 4, 2026 at 2:00 p.m. in Courtroom 15C of the 500 Pearl St. Courthouse. A bench trial in this matter shall commence on November 18, 2026 at 9:30 a.m. in Courtroom 15C of the 500 Pearl St. Courthouse.

The matters raised in Dkt. Nos. 200 and 203 were resolved at the conference. The Clerk of Court is respectfully directed to close Dkt. No. 200.

SO ORDERED.

Dated: August 26, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge