USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAPPAS, ET AL,

Plaintiffs,

-v-

CITY OF NEW YORK,

Defendant.

**ORDER**

23-CV-6010 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned is in receipt of Plaintiff's letter regarding the settlement conference scheduled for November 16, 2026. ECF No. 232. The parties are directed to confer and file a joint letter by **October 30, 2026** clarifying whether they wish to adjourn the settlement conference. Additionally, counsel should indicate whether a call with the undersigned before November 16, 2026 would be helpful.

**SO ORDERED.**

Dated: October 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge